NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2012-1560

SKINMEDICA, INC.,

                                              Plaintiff-Appellant,

v.

HISTOGEN INC., HISTOGEN AESTHETICS LLC,
and GAIL K. NAUGHTON,

                                              Defendants-Appellees.

Appeal from the United States District Court for the Southern District of California in case no. 09-CV-0122, Judge Janis L. Sammartino.

ON MOTION

Before RADER, Chief Judge, CLEVENGER, and PROST, Circuit Judges.

O R D E R

Appellees move without opposition to withdrawal Andrew A. Pinson as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

| | |
|---|---|
| June 26, 2013 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk |